UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SYCAMORE VILLAGE HOMEOWNERS ASSOCIATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO:  1:18-cv-1982 |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF REMOVAL**

THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Travelers Casualty Insurance Company of America ("Travelers"), by counsel, hereby files this *Notice of Removal* to remove the above-entitled action to this Court based upon the following supporting grounds.  Removing party Travelers, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

1.      Removing party, Travelers, is the Defendant in the above-entitled action.

2.      On June 20, 2018, Plaintiff Sycamore Village Homeowners Association, Inc. ("Plaintiff"), filed its *Complaint in Tort for Bad Faith Insurance Conduct* (the "Complaint") against Travelers in the Monroe Circuit Court of the State of Indiana, Cause No. 53C01-1806-CT-001204 (the "State Court Action"), and the case is now pending therein.

3.      On June 27, 2018, removing party Travelers' undersigned counsel informed counsel for Plaintiff Sycamore Village Homeowners Association, Inc. ("Plaintiff") that Travelers

agreed to allow the undersigned counsel to accept service of the Summons and the Complaint from the State Court Action, and Plaintiff's counsel served the undersigned counsel with the Summons and the Complaint in the State Court Action the same day by electronic mail at the e-mail address noted below.

4.      No further proceedings have been had in the Monroe Circuit Court.

5.      Plaintiff's Complaint alleges a claim for breach of the duty of good faith and fair dealing with respect to the adjustment of an insurance claim.  *See* Compl., a true and accurate copy of the Complaint is attached hereto as *Exhibit B*.

6.      The amount in controversy in the above-entitled action, exclusive of interest and costs, exceeds $75,000.

7.      Plaintiff is an Indiana domestic nonprofit corporation with its principal place of business located in Bloomington, Monroe County, Indiana; therefore, Plaintiff is a resident and citizen of Indiana.

8.      Defendant Travelers is a Connecticut corporation with its principal place of business in Hartford, Connecticut; therefore, Travelers is a resident and citizen of the State of Connecticut.

9.      This Court has original diversity jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

10.     This Notice is being filed with this Court within 30 days after service of the Summons and Complaint on removing party Travelers.

11.     Pursuant to 28 U.S.C. §1446(d), removing party Travelers will notify the clerk of the court in the State Court Action of this removal, and will give notice thereof to all adverse parties.

12.     Copies of the Complaint and Summons served on Travelers are attached hereto and made a part hereof as *Exhibit B*.

WHEREFORE, removing party Travelers Casualty Insurance Company of America prays that the above-entitled action be removed from the Monroe Circuit Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

/s/ Eric C. McNamar
John C. Trimble, #1791-49
Eric C. McNamar, #22467-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Telephone:  (317) 237-0500
Facsimile:   (317) 630-2790
E-Mail: jtrimble@lewiswagner.com
E-Mail: emcnamar@lewiswagner.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, a copy of the foregoing Notice of Removal was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.  I further certify that on June 28, 2018, a copy of the foregoing Notice of Removal was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Donald D. Levenhagen
LANDMAN BEATTY, LAWYERS, LLP
9100 Keystone Crossing, Suite 870
P.O. Box 40960
Indianapolis, IN  46240
***Attorneys for Plaintiff***

/s/ Eric C. McNamar
ERIC C. MCNAMAR

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Telephone:  (317) 237-0500
Facsimile:   (317) 630-2790
E-Mail: jtrimble@lewiswagner.com
E-Mail: emcnamar@lewiswagner.com

{0005700/0597/01525022 v1}                                     4