UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCKLANE COMPANY, LLC, )<br>as assignee of SYCAMORE VILLAGE )<br>HOMEOWNERS ASSOCIATION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY INSURANCE )<br>COMPANY OF AMERICA )<br>)<br>Defendant. ) | CAUSE NO.: 1:17-cv-2158-JMS-DLP |

## ORDER ON JOINT MOTION TO CONSOLIDATE

Defendant Travelers Casualty Insurance Company of America and Plaintiff Rocklane Company, LLC, having filed a *Joint Motion to Consolidate Two Actions* to consolidate the above-captioned lawsuit with the case of *Sycamore Village Homeowners Association, Inc. v. Travelers Casualty Insurance Company of America*, which is pending under Case No. 1:18-cv-01982-JMS-DLP, and the Court, being duly advised and having reviewed the Motion [32] finds that the same should be GRANTED in part.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the case of *Sycamore Village Homeowners Association, Inc. v. Travelers Casualty Insurance Company of America*, which is pending under Case No. 1:18-cv-01982-JMS-DLP, is consolidated with the above-captioned matter. The Court requests that the magistrate judge set a status conference.

Dated: 07/12/2018

_____
CHIEF JUDGE, UNITED STATES DISTRICT
COURT, SOUTHERN DISTRICT OF INDIANA

Copies to counsel of record electronically registered, SEE ATTACHED:

John C. Trimble
Eric C. McNamar
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Attorneys for Defendant
emcnamar@lewiswagner.com
jtrimble@lewiswagner.com


Donald D. Levenhagen
LANDMAN BEATTY, LAWYERS, LLP
9100 Keystone Crossing, Suite 870
PO Box 40960
Indianapolis, IN  46240-0960
Attorney for Plaintiff
dlevenhagen@landmanbeatty.com


Magistrate Judge Pryor